UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America,

                Plaintiff,

-against-

                                 Case No. 7:16-mj-6776

Milton Webb

                Defendant.

----------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                     SO ORDERED.

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York